UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CARRIE MARIE WRIGHT                                                                                          PLAINTIFF

v.                                           NO. 4:17CV00173-JLH-JTR

NANCY A. BERRYHILL,
Acting Commissioner of Social Security                                                                DEFENDANT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that judgment be entered for the Plaintiff, reversing the decision of the Commissioner, and remanding this case to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

DATED this 6th day of April, 2018.

_____
UNITED STATES DISTRICT JUDGE